UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

21 MC 102 (AKH)

IN RE LOWER MANHATTAN DISASTER
SITE LITIGATION

CAMILO PALOMINO (AND WIFE,
MONICA RIVERA)

DOCKET NUMBER:  (AKH) 07CV4504

Plaintiff,

-against-

BELFOR USA GROUP, INC., et al.
                              Defendants.

NOTICE OF ADOPTION OF
ANSWER TO MASTER COMPLAINT OF
BELFOR USA GROUP, INC.

Defendant, Belfor USA Group, Inc. ("Belfor"), hereby adopts as its Answer in the instant

case its Answer and Defenses to Plaintiffs' Master Complaint in this litigation which were filed

and served on August 3, 2007.  In accordance with Case Management Order No. 4, the

allegations of the instant Check-Off Complaint are deemed to be denied.  By way of further

answer, Belfor also incorporates by reference all averments and denials of its Answer and

Defenses to the Master Complaint as though same were more fully set forth herein at length.

Dated:  New York, New York
        September 14, 2007

COZEN O'CONNOR

By:_____
      James F. Desmond, Jr., Esquire (JD-8941)
      45 Broadway Atrium, Suite 1600
      New York, New York 10006
      (212) 509-9400
      Attorneys for Defendant
      Belfor USA Group, Inc.

OF COUNSEL:
Thomas R. Harrington
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
(215) 665-2706

## CERTIFICATE OF SERVICE

I, JAMES F. DESMOND, JR., hereby certify that a true and correct copy of Defendant

Belfor USA Group, Inc.'s Notice of Adoption of Answer and Defenses to Master Complaint was

served this __14__ of September, 2007, via ECF upon the following:

|  |  |
|---|---|
| Gregory J. Cannata, Esquire<br>The Law Firm of Gregory J. Cannata<br>233 Broadway – Floor 5<br>New York, New York  10279 | Robert Grochow, Esquire<br>The Law Firm of Gregory J. Cannata<br>233 Broadway – Floor 5<br>New York, New York  10279 |
| Christopher R. LoPalo, Esquire<br>Worby Groner Edelman & Napoli Bern, LLP<br>115 Broadway – 12th Floor<br>New York, New York  10006 | Richard Williamson, Esquire<br>Fleming Zulack Williamson Zauder, LLP<br>One Liberty Plaza<br>New York, New York 10006 |
| James Tyrell, Esquire<br>Patton Boggs, L.L.P.<br>One Riverfront Plaza, 6th Floor<br>Newark, N.J. 07102 | Andrew Carboy, Esquire<br>Sullivan, Papain, Block,<br>McGrath & Cannavo, P.C.<br>120 Broadway<br>New York, NY 10271 |

Peter Wies, Esquire
The City of New York Law Department
World Trade Center Unit
100 Church Street
New York, NY  10007

_____
James F. Desmond, Jr.